Argued December 2, affirmed December 2, 1971

## STATE OF OREGON, *Respondent, v.* LARRY JAMES HALL (No. 27059), *Appellant.*

490 P2d 1285

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Jim G. Russell,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.